HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

GLORIA HUARD-WADE,

    Defendant.

Case No. CR04-5490RBL

ORDER

THIS MATTER comes on before the above-entitled Court upon Defendant Huard-Wade's Letter/Motion for Modification of Sentence [Dkt. #110].

Having considered the entirety of the records and file herein, the Court rules as follows:

Defendant Huard-Wade requests that this Court modify her sentence to convert the second half of her twenty-four month term of imprisonment to home confinement. Modifications of sentences are controlled by 18 U.S.C. § 3582(c). The statute provides that a sentence may only be modified upon a motion of the Director of the Bureau of Prisons, under Fed. R. Crim. P. 35, under other statutory authority, or based upon a sentencing range that has been subsequently lowered by the Sentencing Commission. The defendant does not qualify for a modification of her sentence under any of the provisions of 18 U.S.C. § 3582(c). Therefore, this Court is without jurisdiction to modify defendant's sentence and defendant's letter/motion [Dkt. #110] is **DISMISSED.**

**IT IS SO ORDERED.**

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 20th day of January, 2007.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE