Judge Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | NO. CR04-5490RBL |
| v. ) | |
| JOSEPH W. WADE, and ) GLORIA HUARD-WADE ) | FINAL ORDER OF FORFEITURE |
| Defendants. ) | |

THIS MATTER comes before the Court on motion of the United States for entry of a Final Order of Forfeiture with respect to the following assets:

1. Net proceeds totaling $19,071.28 from the sale of real property, together with its buildings, appurtenances, fixtures, attachments, and easements, located at East 1290 East Grapeview Loop Road in Grapeview, Washington 98546;

2. One Hundred Sixty Thousand Dollars ($160,000.00) in United States currency representing the net equity in the real property, together with its buildings, appurtenances, fixtures, attachments and easements, located at 2400 Feather Lane Northwest in Bremerton, Washington 98312, to include all marijuana grow equipment on the property;

3. Five Thousand Three Hundred Eighty-Three Dollars ($5,383.00) in United States currency;

4. A Smith and Wesson handgun, model .22 long, serial number 3K26979;

5. A .357 Colt Python handgun, serial number E33133;

6. A Remington rifle, model 788, serial number A6176483 with scope;

7. 30/60 rifle, serial number 17258 with scope and hard case; and

//

FINAL ORDER OF
FORFEITURE/J. WADE AND G. HUARD-WADE - 1
CR04-5490RBL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

1
2
    8.    All miscellaneous ammunition recovered from the properties located at 2400 Feather Lane Northwest in Bremerton, Washington 98312 and East 1290 East Grapeview Loop Road in Grapeview, Washington 98546.

3 On June 9, 2006, this Court entered Preliminary Orders of Forfeiture in the above-

4 captioned case forfeiting the respective interests of defendant Joseph Wade and

5 co-defendant Gloria Huard-Wade in United States currency, real property, assorted

6 weapons and miscellaneous ammunition. Amended Preliminary Orders of Forfeiture

7 were entered by this Court on September 21, 2006, forfeiting the defendants' interests in

8 the assets more particularly described above.

9 This property was subject to forfeiture pursuant to Title 21, United States Code,

10 Section 853, based upon Joseph W. Wade's guilty plea to Manufacturing Marijuana, as

11 charged in Count 1 of the Superseding Information, in violation of Title 21, United States

12 Code, Sections 841(a)(1) and 841(b)(1)(B), and his agreement to forfeit these assets; and

13 based on Gloria Huard-Wade's guilty plea to Manufacturing Marijuana, as charged in

14 Count 3 of the Indictment, in violation of Title 21, United States Code, Sections 841(a)(1)

15 and 841(b)(1)(B), and her agreement to forfeit these assets.

16 Based upon the Plea Agreements, and the other files and records herein, the Court

17 finds that defendants Joseph W. Wade and Gloria Huard-Wade each had an interest in

18 said property and that the property is forfeitable under the above-cited statutes.

19 Following publication of due notice as prescribed by Title 21, United States Code,

20 Section 853, no petitioners or claimants have come forth to assert an interest in the

21 forfeited property. Accordingly,

22 IT IS ORDERED, ADJUDGED and DECREED that the following property seized

23 from Joseph W. Wade and Gloria Huard-Wade is hereby fully and finally condemned and

24 forfeited to the United States in its entirety:

25
26
    1.    Net proceeds totaling $19,071.28 from the sale of real property, together with its buildings, appurtenances, fixtures, attachments, and easements, located at East 1290 East Grapeview Loop Road in Grapeview, Washington 98546;

27 //

28
    2.    One Hundred Sixty Thousand Dollars ($160,000.00) in United States currency representing the net equity in the real property, together with its

FINAL ORDER OF
FORFEITURE/J. WADE AND G. HUARD-WADE - 2
CR04-5490RBL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

|   |   |   |
|---|---|---|
| 1 |   | buildings, appurtenances, fixtures, attachments and easements, located at 2400 Feather Lane Northwest in Bremerton, Washington 98312, to include all marijuana grow equipment on the property; |
| 2 |   |   |
| 3 | 3. | Five Thousand Three Hundred Eighty-Three Dollars ($5,383.00) in United States currency; |
| 4 |   |   |
| 5 | 4. | A Smith and Wesson handgun, model .22 long, serial number 3K26979; |
| 6 | 5. | A .357 Colt Python handgun, serial number E33133; |
| 7 | 6. | A Remington rifle, model 788, serial number A6176483 with scope; |
| 8 | 7. | 30/60 rifle, serial number 17258 with scope and hard case; and |
| 9 | 8. | All miscellaneous ammunition recovered from the properties located at 2400 Feather Lane Northwest in Bremerton, Washington 98312 and East 1290 East Grapeview Loop Road in Grapeview, Washington 98546. |

The United States Marshals Service is authorized to dispose of the above-listed property in accordance with the law.

The Clerk of the Court is hereby directed to send a copy of this Final Order of Forfeiture to all counsel of record and to send twenty-four (24) "raised seal" certified copies to the United States Marshals Service in Seattle, Washington.

DATED this 2nd day of March, 2007.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Leonie G.H. Grant
LEONIE G.H. GRANT
Assistant United States Attorney
WSBA #12670
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone:   206-553-2242
Fax No.:   206-553-6934
E-Mail:   Lee.Grant@usdoj.gov

FINAL ORDER OF
FORFEITURE/J. WADE AND G. HUARD-WADE - 3
CR04-5490RBL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970